*Louis J. Grant* and *Jacob Rouss* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES M. MURPHY, Appellant, *v.* WILLIAM H. EDWARDS, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.

*People ex rel. Murphy* v. *Edwards*, 139 App. Div. 902, affirmed.
(Argued February 14, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1910, which affirmed a determination of the defendant in dismissing the relator from the department of street cleaning of the city of New York.

*Louis J. Grant* and *Jacob Rouss* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of WILLIAM W. FARLEY, as State Commissioner of Excise, Appellant, for a Peremptory Writ of Mandamus against JOHN E. KRAFT et al., Constituting the Civil Service Commission of the State of New York, Respondents.

*Matter of Farley* v. *Kraft*, 147 App. Div. 929, affirmed.
(Argued February 14, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

December 1, 1911, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel defendants to place the position of special agent in the department of excise in the exempt class.

*Simon Fleischmann, Louis M. King* and *A. M. Sperry* for appellant.

*Thomas Carmody, Attorney-General (Franklin Kennedy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CAIUS A. WEAVER, Respondent, *v.* WILLIAM W. FARLEY, as State Commissioner of Excise, Appellant.

*People ex rel. Weaver* v. *Farley,* 147 App. Div. 420, affirmed.
(Argued February 4, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1911, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to reinstate the relator in the position of special agent in the department of excise.

*Simon Fleischmann, Louis M. King* and *A. M. Sperry* for appellant.

*Samuel H. Salisbury* and *Edward J. Halter* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.